CAROLINA T. WEBER, Respondent, v. FELIX FAZIOLI, Appellant.— Judgment and order denying motion for new trial affirmed, with costs. Order denying motion for new trial on newly-discovered evidence affirmed, with ten dollars costs. Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. CYRUS DUREY, Respondent.— Judgment unanimously affirmed, with costs. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

In the Matter of the Estate of ORIELLA KING, Deceased. ESSIE MAY GREENWOOD, as Executrix, etc., Respondent; ABRAM P. BALL and Another, Appellants.* — Decree and order unanimously affirmed, with costs against the appellants. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

ADELAIDE M. CANTIN, Respondent, v. CHESTER D. GARDNER and Another, Appellants.— Judgment and orders affirmed, with costs. Cochrane, P. J., Hinman, McCann and Davis, JJ., concur; Van Kirk, J., concurs except that he votes for a reversal and new trial as to defendant Gardner.

In the Matter of the Claim of MARGARET M. NOYES, Respondent, against ATLAS STEEL CORPORATION, Appellant, and STATE INSURANCE FUND, Defendant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the claimant against the employer. Present — Cochrane, P. J., Van Kirk, Hinman, McCann and Davis, JJ.

---

# FOURTH DEPARTMENT, MAY, 1927.†

ANNA R. CHARLES, Respondent, v. JOHN T. SCHEIBEL and Another, Appellants. — Judgment and order affirmed, with costs, on the opinion of Larkin, J., delivered at Special Term. [Reported in 128 Misc. 275.] All concur. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

---

# SECOND DEPARTMENT, SEPTEMBER, 1927.

In the Matter of the Application of FREDERICK J. KNOB, Petitioner, v. THOMAS S. CHESHIRE, as Board of Elections of Nassau County, New York, etc.— Order denying petitioner's application for an order directing the county clerk, as board of elections of Nassau county, to print the name of the petitioner upon the official ballot for the office of supervisor of the city of Long Beach, affirmed, without costs. In our opinion *People ex rel. Clancy* v. *Supervisors* (139 N. Y. 524) is determinative of the issue presented. Young, Rich, Kapper and Hagarty, JJ., concur.

---

* See Surr. Ct. Act, § 205 *et seq.*— [REP.

† For other cases decided in this department in May, 1927, and reported with brief syllabi, see 220 App. Div. 797–811.— [REP.